IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13CV20

| | |
|---|---|
| DELBERT LAMAR RANKIN,  )  <br> Plaintiff,  )  <br> )  <br> vs.  )  <br> )  <br> FRANK G. JOHNS, *et al.,*  )  <br> Defendants.  )  <br> _____ ) | ORDER |

This matter is before the Court upon its own motion. Having reviewed the Complaint filed by the *pro se* Plaintiff, the undersigned finds that recusal of this matter is appropriate.

IT IS THEREFORE ORDERED that the undersigned hereby recuses himself from the above-captioned matter.

Signed: February 14, 2013

Graham C. Mullen
United States District Judge