IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:13CV20

| | | |
|---|---|---|
| DELBERT LAMAR RANKIN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FRANK G. JOHNS, *et al.*, | ) | |
|     Defendants. | ) | |

This matter is before the Court upon its own motion. Having reviewed the Complaint filed by the *pro se* Plaintiff, the undersigned finds that recusal of this matter is appropriate.

IT IS THEREFORE ORDERED that the undersigned hereby recuses himself from the above-captioned matter.

Signed: February 14, 2013

Graham C. Mullen
United States District Judge