IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DELBERT LAMAR RANKIN,           )
                                )
          Plaintiff,            )
                                )
     v.                         )     5:13-cv-0020
                                )
TOM ANDERSON, Chief of Police,  )
et al.,                         )
                                )
          Defendants.           )

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed by this court on April 12, 2013 (Doc. 56), and in the absence of any motion for leave to amend the complaint that cures the defects noted by this court,[1]

IT IS THEREFORE ORDERED AND ADJUDGED that the motions to dismiss by Defendants Tom Anderson, Diane Tolbert, and John Cranford, Jr. (Docs. 4, 6, & 36) are GRANTED and this action against them is DISMISSED with prejudice, and that Plaintiff's claims against all remaining Defendants are DISMISSED.

This constitutes the court's final judgment.

                                        /s/   Thomas D. Schroeder
                                       United States District Judge

May 8, 2013

---

[1] The court is aware of Plaintiff's filing in which he continues to complain about the case caption. (Doc. 59.)